UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN J. SABATASO,<br>        Plaintiff,<br><br>v.<br><br>RUTLAND REGIONAL HEALTH SERVICES, A/K/A RUTLAND REGIONAL MEDICAL CENTER,<br>        Defendant. | CIVIL ACTION NO.: 2:12-cv-76 |

**STIPULATION FOR DISMISSAL**

The parties, through their attorneys as duly authorized stipulate and agree that any and all claims by Plaintiff against Defendant shall be dismissed with prejudice by Plaintiff, each party to bear their own costs and attorney fees, and no party admitting to liability or wrongdoing.

DATED: 5/09/2013

JOHN J. SABATASO

By: _____
James G Levins, Esq.
TEPPER DARDECK LEVINS & GATOS, LLP
73 Center Street
Rutland, VT 05701-4046

RUTLAND REGIONAL HEALTH SERVICES, A/K/A RUTLAND REGIONAL MEDICAL CENTER

By: _____
Andrew H. Maass, Esq.
RYAN SMITH & CARBINE, LTD.
P.O. Box 310
98 Merchants Row
Rutland, Vermont 05702-0310
(802) 786-1000
ahm@rsclaw.com

0005-419/#469939